|   |   |
|---|---|
| NANCY BAUM,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; IBM LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No: C 10-4280 SBA<br><br>**ORDER REFERRING ACTION FOR MANDATORY SETTLEMENT CONFERENCE**<br><br>Docket 24 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

This action arises under the Employee Retirement Income Security Act, based on Defendants' alleged failure to pay Plaintiff long-term disability benefits.  Plaintiff has now filed an Ex Parte Application for Order Shortening Time for Hearing of Motion for Summary Judgment and Motion for Summary Judgment. Dkt. 24.  According to Plaintiff, she was informed by Defendants on May 10, 2011, that Defendants had agreed to reinstate Plaintiff's benefits.  However, to date, Defendants allegedly have not yet resumed any payments to Plaintiff, who has been without benefits for almost two years.  Accordingly, Plaintiff requests "that the Court enter an Order requiring [Defendants] to advise the Court within 24 hours whether it will be opposing either Plaintiff's Ex Parte Application for An Order Shortening Time for Hearing of her Motion for Summary Judgment, or the Motion itself."  Dkt. 24 at 5.

Based on the record presented, it appears that the parties are close to reaching a settlement of this action.  Thus, rather than engaging in potentially unnecessary and costly motion practice, the parties should focus their resources on working towards a settlement.  Accordingly,

1 IT IS HEREBY ORDERED THAT:

2     1.    The instant action is REFERRED to the Chief Magistrate Judge or her designee for a mandatory settlement conference to take place within forty-five (45) days of the date this Order is filed.

    2.    Plaintiff's Ex Parte Application for Order Shortening Time for Hearing of Motion for Summary Judgment and Motion for Summary Judgment is DENIED without prejudice.

IT IS SO ORDERED.

Dated: July 20, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge